2006 FDC 015835    File Date: 07/28/2006    06-mj-334

## UNITED STATES Vs. LARRY EDWIN POOLE

PDID #

Lock up number

**FILED**

**AUG 0 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7.28.06  NO BOND  US DIST. CT.
C 8/1/06 @ 1:45 pm
CTRM 7.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. **06-334-M-01**          **L-38**          TOT

Vs.                                              P.D.I.D. No._____

**Larry Poole** _(Defendant)_

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: **8/1/06 @ 1:45 Ctrm No. 7 Consol. PH/DH**

### COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia
Next Court Date: **8/1/06 @ 1:45 Ctrm. No. 7 Consol. PH/DH**

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: **Tony Miles**

Address:_____

Telephone No. **202-208-7500**

DEFENDANT'S NAME: **Larry Poole**

Address:_____

_____  Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: **7-28-06**          **M. Lee**
                          JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

