UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0334M-01 (CR) |
| **LARRY POOLE,** | : | VIOLATIONS: 18 U.S.C. §2422(b) |
| **Defendant.** | : | (Attempt to Entice a Minor to Engage in |
| | : | Sexual Activity); |
| | : | 18 U.S.C. §2252A(a)(5) and 2256 |
| | : | (Possession of Material Involving Child |
| | : | Pornography) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about July 27, 2006, within the District of Columbia, and elsewhere, the defendant, **LARRY POOLE**, did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce.

(**Attempt to Entice a Minor to Engage in Sexual Activity)**, in violation of Title 18, United State Code, Section 2422(b))

**COUNT TWO**

On or about July 27, 2006, within the District of Maryland, the defendant, **LARRY POOLE**, knowingly possessed items of child pornography, which had been transported, shipped, or mailed in interstate or foreign commerce, including by computer.

(**Possession of Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(5) and 2256)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058


BY: _____
CATHERINE K. CONNELLY
Assistant United States Attorney
Mass. Bar No. 649430
Federal Major Crimes Section
555 4th Street, N.W., Room 4844
Washington, D.C. 20530
(202) 616-3384