AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

Larry Poole

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-282

**FILED**

OCT - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Larry Poole, the above named defendant, who is accused of Attempt to Entice a Minor to Engage in Sexual Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 3, 2006 _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _Judicial Officer_

3 October 2006