UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-282 |
| v. | : | **FILED** |
| LARRY POOLE | : | OCT - 3 2006 |

**WAIVER OF VENUE**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Larry Poole, having been advised by counsel of my right pursuant to the Sixth Amendment to the Constitution of the United States and Fed. R. Crim. P. 18, to be prosecuted and tried for the offense of Possession of Material Involving Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5) and 2256, as charged in Count Two of the Information, within the District of Maryland, after consultation with counsel, knowingly and voluntarily consent to being prosecuted for that offense in the District of Columbia.

_____
LARRY POOLE
Defendant

_____
TONY MILES
Counsel for Defendant