UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
      v.                            )    Criminal No. 06-0282 (PLF)
                                    )
LARRY POOLE,                        )
                                    )
      Defendant.                    )
_____)

ORDER

      Sentencing in this matter has been scheduled for January 9, 2007.  Accordingly, it is hereby

      ORDERED that sentencing shall take place on January 9, 2007 at 9:30 a.m.; it is

      FURTHER ORDERED that any party wishing to file a memorandum in aid of sentencing shall do so on or before December 29, 2006; and that any response to such a memorandum shall be filed on or before January 4, 2007; it is

      FURTHER ORDERED that any motion for an extension of time in which to file papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and shall include (1) the number of previous extensions of time granted, (2) the good cause supporting the motion, (3) a statement of the effect that the granting of the motion will have on existing deadlines, and (4) a statement of the opposing party's position with respect to the motion; and it is

      FURTHER ORDERED that any motion to reschedule the sentencing shall be filed (and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or before January 5, 2007, and shall state (1) the good cause supporting the motion, (2) a statement

of the opposing party's position with respect to the motion, and (3) four alternative dates and times that are convenient to both parties.  In the absence of such a timely motion by one or both parties, sentencing shall take place as scheduled.

        SO ORDERED.

                                          /s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE:  October 5, 2006