Re: Larry E. Poole, Case #06CR682

Dear Honorable Paul L. Friedman,

    I am the wife of Larry E. Poole; we have been married 22 years. I realize he has a problem and needs help. I believe it would be more helpful with more counseling and less jail time. I don't think it would help anyone if he were in jail a long time. Our son Zachary misses his father very much. He understands that Larry did something wrong and needs to pay for that. But Zachary misses his father. Larry and Zachary would build and make a lot of things out of wood. Larry is very good at fixing and building different things. He was teaching Zachary all of these things. Kasey, our daughter misses her father also. Kasey and Larry have had problems but we have been working trying to settle those problems. Larry's lawyer told us about FCI Butner in North Carolina has a program that would help Larry. I called them to find out some information and I believe that would be the best location for him. There is a Federal Prison in Cumberland Maryland, which would be closer, but they don't have a program that would help Larry. I know Larry has to serve at least five years but it was up to you how much more. I'm praying you won't make it much more than that. Larry's mother has been battling cancer for the pass few years and we hope Larry won't be in jail if something happens to her. I believe it would help my family and society if Larry spent less time in jail and more time getting help and working. Zachary is 10 years old, will be 11 in February and he will miss 5 years out of his life from learning and spending time with his father. Please don't make it much longer than that. I don't quite understand Larry's problem but I am trying to find out how to help him. Like I said above I believe it would help everyone if Larry got more help than jail time. Please take time to consider what I am asking and we appreciate anything you could do to help us.

Thank you for all of your help,

*Robin M. Poole*

Robin M. Poole

EXHIBIT 1

Re: Larry E. Poole, Case #06CR682

Dear Honorable Paul L. Friedman,

    I am writing about my Dad, Larry Poole. My Mom is helping me write this letter. I know about the problems between my Dad and my sister. And my Mom told me my Dad broke probation and he had to go to jail for a while. She told me I could write to you to ask you not to make my Dad stay in jail a long time. My Mom told me my Dad would have to go to jail for about 5 years and maybe longer. But you could maybe make it shorter. I would do a lot of things with my Dad. We would build birdhouses and heart shape wood pieces. I could carve names out of wood. I also like to take things apart and find out what makes them work. My Dad would help me and teach me how to do all of these things. My Mom doesn't know anything about these things. My Dad and I would go bike riding and fishing. I miss my Dad very much. I wish he could come home now. My Mom told me about a jail in North Carolina and it is about 5 hours away. I wish he could be closer so I could see him more and spend time with him. But my Mom said my Dad would get better help at that jail. Please think about not making my Dad stay in jail for a long time. I miss him and want him to come home.

Thank you,

*Zachary Poole*
Zachary Poole

*I love my Dad!!!*

EXHIBIT 2

TO:   THE HONORABLE PAUL L. FRIEDMAN

RE:   LARRY EDWIN POOLE
CASE NO. 06CR682                           Dec. 8, 2006

**Dear Sir:**

My name is Carla Lee Poole. Larry Edwin Poole is my younger brother, whom I love and care about, very much.

By this letter, I am asking that Your Honor please bestow upon my brother as much mercy as is within your capabilities and ask that you please pass the most minimal sentence on him.

Our mother, of course, suffers the most ... Mentally, physically and spiritually. She is the best of mothers on this earth. Never smoking, nor drinking, nor cussing, etc., and is a lifetime, upstanding citizen and member of the Reisterstown Seventh-Day Adventist Church. As I write, my mother is currently battling *"multiple myeloma,"* a terminal form of cancer and she fears that she may never again, during her remaining life, be able to see or touch her third of five children. My step-father (her husband) is also suffering and fighting full-blown prostate cancer. If not for others' selfish reasons, I beg you to please have mercy for our mother's sake.

Our natural father has been out of the picture since childhood and, to this day, it is hard for all of the children, especially Larry.

My brother, Larry, has always been an extremely talented, intelligent, hard-working and caring human being. He is an excellent custom carpenter and has always worked hard to support himself and family. Also, Larry's health is a present issue. He suffers from a heart condition. I know his recent incarceration is taking a much bigger toll on his overall health situation. He had been scheduled to undergo additional diagnostic testing prior to his arrest and I worry whether his condition is being addressed closely enough.

EXHIBIT 3

I believe the legal system/society would benefit no more by handing down a severe, lengthy sentence to my brother. I believe that an eventual strict "house arrest" type supervision involving the proper local authorities, together with intense therapy sessions and continued family support, would better allow for his rehabilitation and growth and preparation for return to society. I imagine simply having to register as an offender is part of the punishment on its' own.

Larry's son, Zach, is very close to his father and loves his father, unconditionally. Zach is young and impressionable and suffers greatly through this whole ordeal. As well, his wife, Robin. It is difficult for her and she stands by Larry and continues to make the best for herself, her son and her family during this ordeal. Although disturbed, Robin has always been and continues to be supportive of Larry through all of this. This must tell you somewhat of the unseen worth and meaningful aspects of my brother's life.

Our whole family supports and loves Larry and we will ALWAYS be here to support him in any way possible and to encourage and assist in any treatment necessary.

Thanking you for your time and consideration, I am

Sincerely,

*Carla L. Poole*

Carla L. Poole
56½ W. Green Street
Westminster, MD  21157

TO:    THE HONORABLE PAUL L. FRIEDMAN

      RE:    LARRY EDWIN POOLE
            Case #:   06CR682            12-11-06

Dear Sir:

    I am Mazie E. Clifton, the mother of Larry Edwin Poole.

    I am writing to appeal to you for your most lenient consideration during the process of sentencing my son.

    I believe that my son is in need of therapy and treatment regarding this matter and I will be there to support, love and assist him and the Court in any way possible.

    Until recently, my son has been a good family provider, an average citizen and has had no record of criminal activity. I would ask that you allow him to spend the bulk of his rehabilitation outside of the prison walls, under close supervision.

    At this time, I am battling a severe form of cancer and fear that we will have no more opportunities to be a part of each others' life.

    Thank you for your time and compassion.


Sincerely,

*Mazie E. Clifton*

**Mazie E. Clifton**
141 Lassiter Circle
Finksburg, MD 21048

EXHIBIT 4

TO: THE HONORABLE PAUL L. FRIEDMAN      EXHIBIT 5

RE: LARRY EDWIN POOLE
Case #: 06CR682                          12-13-06

**Dear Sir:**

My name is Amber Mahoney Hurlock. I am 21 years old. Larry Edwin Poole is my Uncle.

I love my Uncle very much and he has always been a part of my life. We are a close family. I have always looked up to him.

I believe that Uncle Larry is in need of much help. I believe he needs intense therapy. I think that supervision and continued therapy, as opposed to a lengthy sentence, would better benefit him, the system and the public. I know that he currently feels a lot of remorse, self-humiliation and embarrassment. He is the last person I could have ever imagined would be where he is today.

I do not believe that Larry deserves an extreme sentence. It seems that most offenders (of any kind) are more likely to repeat their crimes because most people do not have the amount of friends and family support that Larry has.

I just ask you to be compassionate to my Uncle Larry.

Thank you for reading this letter.

Very truly yours,

*[signature]*

**Amber M. Hurlock**
56½ W. Green Street
Westminster, MD 21157

**P.S.:** My grandmother is suffering from this ordeal and I am concerned about the progression of her terminal cancer and whether or not she will ever be able to see Larry again. I know that Larry believes he will never see her again and would make best of the opportunity if able to do so.