IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No. 06-282 (PLF) |
| | ) | |
| LARRY POOLE | ) | |

## NOTICE OF FILING

Defendant, Larry Poole, respectfully submits the attached letter to supplement other letters which were previously filed as an attachment to his sentencing memorandum. The attached letter was written by Mr. Poole's brother, Thomas M. Poole.

                        Respectfully submitted,
                        A. J. KRAMER
                        FEDERAL PUBLIC DEFENDER

                              /s/
                        Tony W. Miles
                        Assistant Federal Public Defender
                        625 Indiana Avenue, N.W., #550
                        Washington, D.C. 20004
                        (202) 208-7500