December 18 2006
Thomas M Poole
2155 Leroy Ave
Kingman, Arizona 86409

Reference: My Brother, Larry Edwin Poole
Case # 06CR682

Honorable Paul L. Friedman,

You're Honor,

 I am writing to beg you for leniency when sentencing my Brother Larry for his crime. Debts must be paid to society, and with out making excuses for my Brother's actions, I ask you to consider the following before rendering your judgment.

 As a result of our Parents divorce in the early 1970's and Larry's young age at that time, he had to move around the country with my Dad and his "New Wife" ending up in Wyoming. They moved several times in a few years not allowing Larry to ever adapt to either the divorce or the constant changes forced upon him. This divorce affected all of us but seemed to have heavier consequences for Larry. This I believe was the root of his Psychological problems which are evident today.

 My Brother lives with medical problems including high blood pressure and a bad heart which his Doctor indicates will require surgery in the coming years. Our Mother has been dieing from cancer for the past 5 years, the expected "extra time" the doctors gave her thru experimental treatments.

 Larry, as was I for many years, is a chronic "Stutterer". He was never able to overcome this problem nor was he ever offered any treatment. I know for a fact this can have a very devastating effect on persons self esteem as a child but even worse as an adult.

 I do not know the details of my Brother's crime. I do know that he is not a violent person. I do believe that he is in need of therapy. Long term incarceration will kill him if he doesn't do it himself while in prison. I fear for his life!

 Over the past 10-12 years I have lived away from our home town in Maryland and away from my family, only visiting every couple years. I, now age 50, live in Arizona with my Wife and only child, age 9. I am a successful business person. I own and operate a Real Estate office, a small company that does service work for new construction and the Owner, President and CEO of a non-profit Corporation being a Property Owners Association with over 300 members. I own 2 homes in Kingman AZ, and am building another on our retirement ranch in the mountains. This ranch is 80 acres and located 45 miles out of town.

 Upon Larry's release, if allowed by the courts I would offer my Brother a home a job and some loving family support and guidance he is deserving of.

Thank You for your consideration.

Thomas M Poole