UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-282 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **LARRY POOLE** | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE
GOVERNMENT'S MOTION FOR GUIDELINES CREDIT AND
MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to permit the late filing of the Government's Motion for Guidelines Credit and Memorandum in Aid of Sentencing. In support of this motion, the government submits the following:

1. On October 3, 2006, the defendant in this matter pled guilty before the Honorable Rosemary M. Collyer, and Judge Collyer ordered that memoranda in aid of sentencing be filed by December 29, 2006.

2. The undersigned neglected to enter that deadline in her calendar, and was out of the jurisdiction from December 22, 2006, until January 3, 2007.

3. The final Pre-Sentence Report in this matter was disclosed on January 10, 2007.

4. Sentencing in this matter is scheduled for January 17, 2007.

5. The government's filing contains no new factual information, and thus the defendant will not be prejudiced by the late filing of the government's motion and sentencing memorandum.

6. On January 10, 2007, the undersigned contacted defense counsel to ascertain his position on this motion, but as of the filing of this motion has not heard back from defense counsel.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the

government's motion for leave to late file be granted.

                                                      Respectfully submitted,

                                                      JEFFREY TAYLOR
                                                      United States Attorney

                                                      _____

                                                      Catherine K. Connelly
                                                      Assistant United States Attorney
                                                      Major Crimes Section, Mass.  Bar No. 649430
                                                      555 4th Street, N.W.  #4844
                                                      Washington, DC 20001
                                                      Phone: 616-3384
                                                      Fax: 353-9414

                                         CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Miles, this 10th day of January, 2007.

                                                      _____

                                                      Catherine Connelly
                                                      Assistant United States Attorney