UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-282 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **LARRY POOLE** | : | |

## ORDER

Upon consideration of the Government's Motion for Leave to Late File, and the record herein, it is this _____ day of January, 2007, hereby

ORDERED, that the Government's Motion be Granted.

_____
Paul L. Friedman
United States District Judge

cc:

Catherine K. Connelly
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

Tony Miles
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004