# EXHIBIT A

72706 lkrnson.txt
```
lkrnson1 (12:35:51 PM): afternoon
daddysgrldc (12:35:56 PM): hey asl
lkrnson1 (12:36:26 PM): :((   old
daddysgrldc (12:36:57 PM): lol well  kewl  cause  im  young  lol
daddysgrldc (12:37:54 PM): u there
lkrnson1 (12:38:09 PM): yea sry
daddysgrldc (12:38:12 PM): k
lkrnson1 (12:38:17 PM): u r young?
lkrnson1 (12:38:31 PM): :D
daddysgrldc (12:38:41 PM): well yeah  ill be 14 soon  just  chatting  with freinds  bored  lol
lkrnson1 (12:39:06 PM): always bored here
lkrnson1 (12:39:07 PM): lol
lkrnson1 (12:39:23 PM): so u r in DC?
daddysgrldc (12:39:38 PM): lol
daddysgrldc (12:40:00 PM): yeah  it sucks  me and my mom just moved  here not to long  ago  she split  with my dad
lkrnson1 (12:40:07 PM): sry
daddysgrldc (12:40:12 PM): its kewl
lkrnson1 (12:40:15 PM): lot of that going around
daddysgrldc (12:40:27 PM): yeah  it will be okay  i guess
lkrnson1 (12:40:38 PM): hopefully
daddysgrldc (12:40:45 PM): yeah
lkrnson1 (12:40:46 PM): where'd u move from
daddysgrldc (12:40:52 PM): upper marlboro
daddysgrldc (12:40:56 PM): in md
lkrnson1 (12:41:11 PM): ha...i smoke marlboro...lool
daddysgrldc (12:41:15 PM): lol  kewl
daddysgrldc (12:41:19 PM): u in dc
lkrnson1 (12:41:27 PM): not too far away
lkrnson1 (12:41:32 PM): nrthn balt co
daddysgrldc (12:41:35 PM): kewl
lkrnson1 (12:41:37 PM): bout 1hr away
daddysgrldc (12:41:43 PM): thats kewl
daddysgrldc (12:41:47 PM): thats  not to far
lkrnson1 (12:41:51 PM): nope\
daddysgrldc (12:42:05 PM): so u like  working
lkrnson1 (12:42:12 PM): nope   lol
lkrnson1 (12:42:26 PM): rather be home talking to people like you
daddysgrldc (12:42:26 PM): kewl
daddysgrldc (12:42:30 PM): kewl
daddysgrldc (12:42:40 PM): oh so ur working  now  that sucks
lkrnson1 (12:42:42 PM): actually off this week
daddysgrldc (12:42:48 PM): really  kewl
lkrnson1 (12:42:52 PM): mmhmmm
daddysgrldc (12:42:55 PM): lol
lkrnson1 (12:42:59 PM): brb
daddysgrldc (12:43:02 PM): k
lkrnson1 (12:43:04 PM): marlboro calls
daddysgrldc (12:43:28 PM): lol
daddysgrldc (12:43:52 PM): so u come on here alot
lkrnson1 (12:45:59 PM): i try
daddysgrldc (12:46:04 PM): kewl
lkrnson1 (12:46:12 PM): noone really in paticular
daddysgrldc (12:46:20 PM): yeah
lkrnson1 (12:46:40 PM): u need a pic on your profile missy   lol
daddysgrldc (12:46:44 PM): lol
daddysgrldc (12:47:20 PM): well i do have  one  pic  on here   i dont want to get in trouble    so i dont put in on my pro
daddysgrldc (12:48:13 PM): u wanna see my pic
lkrnson1 (12:48:22 PM): please
daddysgrldc (12:48:24 PM): k
lkrnson1 (12:48:35 PM): 8->
```

Page 1


GOVERNMENT EXHIBIT 1

```
                              72706 lkrnson.txt
daddysgrldc (12:49:16 PM): u get it
lkrnson1 (12:49:27 PM): i love you name
lkrnson1 (12:49:48 PM): =P~  i like
lkrnson1 (12:50:06 PM): i see y u may get in trouble
daddysgrldc (12:50:08 PM): kewl   ty
daddysgrldc (12:50:13 PM): lol
daddysgrldc (12:51:03 PM): u have  a  pic
lkrnson1 (12:51:35 PM): only the one on profile
daddysgrldc (12:51:43 PM): k kewl cute
lkrnson1 (12:51:53 PM): :)
daddysgrldc (12:51:59 PM): lol
lkrnson1 (12:52:21 PM): for an older coot huh
daddysgrldc (12:52:36 PM): lol   no   your   nice
lkrnson1 (12:53:42 PM): thnx
daddysgrldc (12:54:13 PM): yw
lkrnson1 (12:54:23 PM): is that pic at the ocean?:
daddysgrldc (12:54:32 PM): yep
lkrnson1 (12:54:40 PM): i like panda bears
daddysgrldc (12:54:48 PM): kewl    i love them
lkrnson1 (12:55:05 PM): do u mind if i keep your pic
lkrnson1 (12:55:11 PM): i like it i like it
daddysgrldc (12:55:14 PM): no please
daddysgrldc (12:55:17 PM): ur my freind
lkrnson1 (12:55:25 PM): >:D<
daddysgrldc (12:55:38 PM): :)
lkrnson1 (12:55:52 PM): mom working now...
lkrnson1 (12:55:58 PM): she leave u all alone?
daddysgrldc (12:56:21 PM): she leaves like at 2 or sometimes  3  she cleans office
buildings at night
lkrnson1 (12:56:21 PM): lol  wanna go to the ocean?
daddysgrldc (12:56:40 PM): yeah until like 12 or 1
lkrnson1 (12:56:59 PM): am or pm?
daddysgrldc (12:57:04 PM): am
lkrnson1 (12:57:20 PM): thats very possible
daddysgrldc (12:57:25 PM): lol
daddysgrldc (12:57:29 PM): whats possible
lkrnson1 (12:57:38 PM): i getting bad ho i need to stop
daddysgrldc (12:57:43 PM): lol
daddysgrldc (12:57:46 PM): no ur   kewl
lkrnson1 (12:57:54 PM): #:-S
daddysgrldc (12:58:00 PM): :D
lkrnson1 (12:58:12 PM): i now have a new wallpaper   yahhhhhhh
daddysgrldc (12:58:26 PM): kewl   is it me  :D
lkrnson1 (12:58:32 PM): yes ma'am
lkrnson1 (12:58:39 PM): panda and all
daddysgrldc (12:58:51 PM): kewl    ty
lkrnson1 (12:58:58 PM): noooo...thank you
daddysgrldc (12:59:02 PM): that makes  me feel  happy
lkrnson1 (12:59:11 PM): im glad
daddysgrldc (12:59:14 PM): my name is amanda
lkrnson1 (12:59:22 PM): i'm Lary
lkrnson1 (12:59:26 PM): larry
daddysgrldc (12:59:32 PM): kewl
lkrnson1 (12:59:49 PM): see u got me all confused i cant even spell my own darn name
daddysgrldc (12:59:54 PM): lol
lkrnson1 (1:00:32 PM): hey amanda...
daddysgrldc (1:00:36 PM): yep
lkrnson1 (1:00:43 PM): how many ppl youchatting with right now?
daddysgrldc (1:00:58 PM): just like one   u
lkrnson1 (1:01:02 PM): awwww really
daddysgrldc (1:01:04 PM): lol
daddysgrldc (1:01:11 PM): my freinds   lol
lkrnson1 (1:01:26 PM): i need new frnds too
                                    Page 2
```

```
                           72706 lkrnson.txt
daddysgrldc (1:01:36 PM): ur  my freind larry
lkrnson1 (1:01:52 PM): u r too Amanda
daddysgrldc (1:01:53 PM): u chatting  with other pelple
lkrnson1 (1:01:56 PM): No
daddysgrldc (1:02:06 PM): kewl just me:D
lkrnson1 (1:02:12 PM): yeppers.
lkrnson1 (1:02:25 PM): u all i got
daddysgrldc (1:02:29 PM): lol
lkrnson1 (1:02:45 PM): whens your b-day...sept
daddysgrldc (1:02:49 PM): dec
daddysgrldc (1:02:52 PM): urs
lkrnson1 (1:02:56 PM): march
lkrnson1 (1:03:04 PM): your a sno baby
daddysgrldc (1:03:22 PM): yep:D
daddysgrldc (1:03:32 PM): so u have a grl friend
lkrnson1 (1:03:32 PM): so u r 13 1/2
lkrnson1 (1:03:40 PM): i remember it well
daddysgrldc (1:03:43 PM): :)
lkrnson1 (1:03:44 PM): nope...
daddysgrldc (1:03:47 PM): yep
lkrnson1 (1:03:48 PM): seperated
daddysgrldc (1:03:51 PM): kewl
lkrnson1 (1:04:06 PM): but...
lkrnson1 (1:04:13 PM): i looking   hint  hint
daddysgrldc (1:04:19 PM): lol
daddysgrldc (1:04:29 PM): well i really think ur nice
lkrnson1 (1:04:41 PM): i can be
lkrnson1 (1:04:44 PM): im harmless
daddysgrldc (1:04:54 PM): lol
lkrnson1 (1:05:13 PM): :D  damn i like my wallpaper
daddysgrldc (1:05:24 PM): kewl  do i look  cute
lkrnson1 (1:05:34 PM): u look sexy
daddysgrldc (1:05:42 PM): ty:D
lkrnson1 (1:06:06 PM): wish i were a panda bear...:x
daddysgrldc (1:06:15 PM): lol u do
lkrnson1 (1:06:28 PM): one of your...yes
daddysgrldc (1:06:34 PM): kewl me  to
lkrnson1 (1:06:42 PM): kewl
lkrnson1 (1:06:54 PM): see we do have sumtin in common
lkrnson1 (1:06:57 PM): lol
daddysgrldc (1:07:03 PM): yep  we  do  lol
lkrnson1 (1:07:33 PM): wanna go to the ocean with me?
lkrnson1 (1:07:34 PM): lol
daddysgrldc (1:07:45 PM): i love the ocean  that would be so fun
lkrnson1 (1:07:56 PM): luv to see the panda up close and personal
lkrnson1 (1:08:05 PM): sry
daddysgrldc (1:08:05 PM): u would
daddysgrldc (1:08:07 PM): really
lkrnson1 (1:08:13 PM): yes y not
daddysgrldc (1:08:44 PM): that would be kinna kewl   u wouldnt  like  hurt me   i
know u wouldnt cause   u r   sweet
lkrnson1 (1:08:53 PM): no
lkrnson1 (1:09:06 PM): i couldnt hurt a hair on your lil body
daddysgrldc (1:09:11 PM): kewl
lkrnson1 (1:09:12 PM): id keep my distance
daddysgrldc (1:09:15 PM): lol
lkrnson1 (1:09:26 PM): try too anyway
daddysgrldc (1:09:28 PM): lol
lkrnson1 (1:09:49 PM): or  maybe start out with a local swimmimg pool
daddysgrldc (1:10:00 PM): yeah  that would  be  fun
lkrnson1 (1:10:11 PM): r u serious?
daddysgrldc (1:10:35 PM): r u   i think  it would  be kewl  u seem  so  nice
lkrnson1 (1:10:35 PM): cause i'd treat you like the lil princess you r
                                 Page 3
```

                                         72706 lkrnson.txt
daddysgrldc (1:10:42 PM): awwww
daddysgrldc (1:10:42 PM): ty
lkrnson1 (1:10:57 PM): your not gonna hurt me r u?
daddysgrldc (1:11:00 PM): lol
daddysgrldc (1:11:06 PM): of course not   lol
lkrnson1 (1:11:10 PM): darn
daddysgrldc (1:11:12 PM): lol
lkrnson1 (1:11:36 PM): good  cause i bruise easy   lol
daddysgrldc (1:12:08 PM): i mean  this  might sound  strange but  like  a feel  that i have known  u for a while  its  so kewl
lkrnson1 (1:12:24 PM): im glad u feel that way
daddysgrldc (1:12:30 PM): kewl
lkrnson1 (1:12:53 PM): then hell....let's skip right to the second date then   lol
daddysgrldc (1:12:57 PM): lol
daddysgrldc (1:12:58 PM): kewl
lkrnson1 (1:13:22 PM): u have no idea how special you are
daddysgrldc (1:13:28 PM): awwwww  ty
daddysgrldc (1:13:32 PM): u to larry
lkrnson1 (1:13:56 PM): u talk to many pervs like me on here
lkrnson1 (1:13:59 PM): lol
daddysgrldc (1:14:02 PM): lol
lkrnson1 (1:14:07 PM): they r everywhere
daddysgrldc (1:14:07 PM): but ur  nice
lkrnson1 (1:14:22 PM): yea...i'm kinda a sweet perv   lol
daddysgrldc (1:14:25 PM): u like  seem like  u care  about me
daddysgrldc (1:14:39 PM): sweet   perv   lol
lkrnson1 (1:14:41 PM): i try to treat a lady right
daddysgrldc (1:14:47 PM): u do   how
lkrnson1 (1:14:49 PM): i more srurred than they r
daddysgrldc (1:14:55 PM): yeah
lkrnson1 (1:15:18 PM): u need to be told how special and brautiful u r
daddysgrldc (1:15:24 PM): ty
lkrnson1 (1:15:33 PM): u need to be appriciated
daddysgrldc (1:15:33 PM): u r  so sweet to me
lkrnson1 (1:15:53 PM): if u had any idea the power you have,,,,,girl....
daddysgrldc (1:15:58 PM): lol
daddysgrldc (1:16:06 PM): why u say that   lol
lkrnson1 (1:16:24 PM): ur a rare woman...
daddysgrldc (1:16:32 PM): really
lkrnson1 (1:16:39 PM): u sound like your very mature and kno what u want
daddysgrldc (1:16:45 PM): ty
lkrnson1 (1:16:54 PM): not afraid to share your feelings
daddysgrldc (1:17:08 PM): ty  ur so sweet   larry
lkrnson1 (1:17:14 PM): i can see alot of "pillow" talk in our future
daddysgrldc (1:17:24 PM): lol
daddysgrldc (1:17:30 PM): really
daddysgrldc (1:18:40 PM): u there

larry chat 2.txt

```
daddysgrldc (1:21:09 PM): u there
lkrnson1 (1:21:12 PM): yes
lkrnson1 (1:21:18 PM): where'd u go
daddysgrldc (1:21:20 PM): sorry got boted
lkrnson1 (1:21:28 PM): scurred me
daddysgrldc (1:21:35 PM): lol
daddysgrldc (1:21:37 PM): sorry
lkrnson1 (1:22:04 PM): some booting you...the nerve
daddysgrldc (1:22:08 PM): lol
daddysgrldc (1:22:22 PM): this is like and old slow comp  lol
lkrnson1 (1:22:30 PM): lol
lkrnson1 (1:22:36 PM): kinda like me   hahahahaha
daddysgrldc (1:22:42 PM): lol
daddysgrldc (1:22:43 PM): no
daddysgrldc (1:22:44 PM): lol
lkrnson1 (1:23:31 PM): i see a lil bit of "pillow talk" in our future
daddysgrldc (1:23:40 PM): really
lkrnson1 (1:23:55 PM): or should'nt i go there
daddysgrldc (1:24:21 PM): well  lol   i really  dont know  what pillow  talk means  lol   :">
lkrnson1 (1:24:27 PM): lol
lkrnson1 (1:25:04 PM): when we r snuggling and cuddling...we will be talking on our "pillows"
daddysgrldc (1:25:33 PM): oh  lol    sounds  like  fun i have never done that
lkrnson1 (1:25:43 PM): hmmmmm
daddysgrldc (1:25:46 PM): lol
lkrnson1 (1:25:59 PM): i even get u a new pillow
lkrnson1 (1:26:00 PM): lol
daddysgrldc (1:26:10 PM): lol
lkrnson1 (1:26:32 PM): i just be happy watching you on the beach
lkrnson1 (1:26:43 PM): or walking beside me at the mall
daddysgrldc (1:26:47 PM): really  u would
lkrnson1 (1:27:06 PM): yeppers
daddysgrldc (1:27:09 PM): kewl
lkrnson1 (1:27:30 PM): can i add u amanda?
daddysgrldc (1:27:35 PM): sure
daddysgrldc (1:27:53 PM): kewl
lkrnson1 (1:28:01 PM): thank youuuu
daddysgrldc (1:28:05 PM): ty
lkrnson1 (1:28:18 PM): hmmm amanda P...
lkrnson1 (1:28:22 PM): im  Larry P
daddysgrldc (1:28:29 PM): really
daddysgrldc (1:28:36 PM): its  poole
daddysgrldc (1:28:37 PM): lol
lkrnson1 (1:28:43 PM): hay hay
daddysgrldc (1:28:46 PM): lol
lkrnson1 (1:28:56 PM): why u say that?
daddysgrldc (1:29:29 PM): thats  my  last name
lkrnson1 (1:29:34 PM): nooway
daddysgrldc (1:29:38 PM): lol
daddysgrldc (1:29:41 PM): really
daddysgrldc (1:29:42 PM): it is
lkrnson1 (1:29:46 PM): mine too
lkrnson1 (1:29:49 PM): hahaahahahahahaha
daddysgrldc (1:29:55 PM): yeah  right
daddysgrldc (1:29:57 PM): lol
lkrnson1 (1:29:59 PM): i swear
lkrnson1 (1:30:03 PM): larry Poole
daddysgrldc (1:30:08 PM): no way
lkrnson1 (1:30:12 PM): yep
lkrnson1 (1:30:22 PM): Iswear on your Panda
daddysgrldc (1:30:27 PM): lol
```

```
                                 larry chat 2.txt
daddysgrldc (1:30:33 PM): that is like freaky
lkrnson1 (1:30:37 PM): damn Amanda
daddysgrldc (1:30:54 PM): well it is
lkrnson1 (1:30:58 PM): yours is spelled with an E right
daddysgrldc (1:31:02 PM): yeah
lkrnson1 (1:31:07 PM): yep
lkrnson1 (1:31:21 PM): i have no relitives in md so
daddysgrldc (1:31:28 PM): lol
lkrnson1 (1:31:30 PM): i not think
daddysgrldc (1:31:42 PM): yeah  that would  be a lil weird  lol
lkrnson1 (1:31:45 PM): lol
lkrnson1 (1:32:00 PM): what r the odds of this
daddysgrldc (1:32:10 PM): i know  its  crazy
lkrnson1 (1:32:29 PM): i need to play your b-day  on the lottery tonite
daddysgrldc (1:32:34 PM): lol
lkrnson1 (1:32:58 PM): haha..u would'nt even have to change your last name
daddysgrldc (1:33:02 PM): lol
daddysgrldc (1:33:07 PM): yep
lkrnson1 (1:33:24 PM): this is kinda freaky
daddysgrldc (1:33:29 PM): i know
lkrnson1 (1:33:54 PM): well  ms.Poole
daddysgrldc (1:34:00 PM): lol
daddysgrldc (1:34:02 PM): yeas
lkrnson1 (1:34:23 PM): now i really feel like we've known each other
daddysgrldc (1:34:47 PM): i know
lkrnson1 (1:34:49 PM): we need to talk...for sure
daddysgrldc (1:35:05 PM): lol
lkrnson1 (1:35:31 PM): now at least you can track me down
lkrnson1 (1:35:35 PM): :-SS
daddysgrldc (1:35:37 PM): lol
daddysgrldc (1:35:39 PM): me to
daddysgrldc (1:35:40 PM): lol
lkrnson1 (1:36:07 PM): i dont wanna track...i want you to come willingly
daddysgrldc (1:36:16 PM): lol
lkrnson1 (1:36:47 PM): i cant sneek nuttin   lol
daddysgrldc (1:36:57 PM): lol
daddysgrldc (1:36:59 PM): what??
daddysgrldc (1:37:02 PM): lol
lkrnson1 (1:37:13 PM): im not the sneaky type
daddysgrldc (1:37:25 PM): yeah  me either
lkrnson1 (1:37:46 PM): wish u could sneak anouther picture
lkrnson1 (1:37:48 PM): lol  sry
daddysgrldc (1:38:17 PM): i know  that is the only one on this comp
lkrnson1 (1:38:25 PM): need a screen saver for my phone...;)
daddysgrldc (1:38:52 PM): we r lucky to have  a comp  it kinna sucks right now  like we have one cell phone  and one  comp   sucks
lkrnson1 (1:39:13 PM): hopeflly it'll get better
lkrnson1 (1:39:27 PM): wish i could help
daddysgrldc (1:39:47 PM): yeah  its  kewl thogh
daddysgrldc (1:40:23 PM): it will be kewl
daddysgrldc (1:40:52 PM): u there
lkrnson1 (1:41:01 PM): yes  just dreaming
daddysgrldc (1:41:08 PM): lol
daddysgrldc (1:41:08 PM): k
daddysgrldc (1:41:17 PM): of me:D
lkrnson1 (1:41:27 PM): wishing i were in dc right now
lkrnson1 (1:41:31 PM): yes of you
daddysgrldc (1:41:42 PM): yeah  that would  be kinna  kewl
lkrnson1 (1:41:52 PM): yes i think it would be
daddysgrldc (1:42:01 PM): yeah  it would
lkrnson1 (1:42:07 PM): u already have my blood pressure up   lol
daddysgrldc (1:42:11 PM): lol
daddysgrldc (1:42:14 PM): really
                                      Page 2
```

```
                                larry  chat  2.txt
lkrnson1 (1:42:26 PM): can't    seem
lkrnson1 (1:42:28 PM): to get
lkrnson1 (1:42:32 PM): panda's out
lkrnson1 (1:42:35 PM): of my head
lkrnson1 (1:42:36 PM): lol
daddysgrldc (1:42:38 PM): lol
lkrnson1 (1:42:52 PM): i have an urge to go to the zoo
daddysgrldc (1:42:55 PM): lol
lkrnson1 (1:43:09 PM): r u right i dc  or
lkrnson1 (1:43:13 PM): outskirts
lkrnson1 (1:43:29 PM): or dont wanna say
daddysgrldc (1:43:35 PM): its like off of rhode island ave  in ne
lkrnson1 (1:43:40 PM): ok
lkrnson1 (1:43:45 PM): off of 495
daddysgrldc (1:44:02 PM): its  not the best neighborhood
daddysgrldc (1:44:34 PM): my mom know the owner  so he is letting us stay for free until  she get back  on her feet
lkrnson1 (1:44:39 PM): u fell safe?
lkrnson1 (1:45:05 PM): aww u can stay with me  anytime
daddysgrldc (1:45:18 PM): kewl
daddysgrldc (1:45:41 PM): its okat  just not alot to do around  here
lkrnson1 (1:46:01 PM): lol  here edder
daddysgrldc (1:46:10 PM): lol
lkrnson1 (1:46:31 PM): c'mon up and we'll go to the pool
lkrnson1 (1:46:39 PM): or mall
lkrnson1 (1:46:43 PM): or movies
lkrnson1 (1:46:52 PM): or mcdonalds   lol
daddysgrldc (1:46:55 PM): lol
lkrnson1 (1:47:41 PM): dad live far away?
lkrnson1 (1:48:04 PM): shooting distance?
daddysgrldc (1:48:05 PM): like 40 min from here
daddysgrldc (1:48:07 PM): lol
daddysgrldc (1:48:08 PM): no
daddysgrldc (1:48:36 PM): i think he would  only shoot me if i got pregnant
daddysgrldc (1:48:47 PM): lol
lkrnson1 (1:48:49 PM): well dont
daddysgrldc (1:48:59 PM): nope
lkrnson1 (1:49:03 PM): practice tho...
daddysgrldc (1:49:20 PM): how i never even done it
lkrnson1 (1:49:27 PM): good for you
lkrnson1 (1:49:37 PM): ( i wish for mee too)
daddysgrldc (1:49:48 PM): so emarrising  i cant belive im telling  u this
lkrnson1 (1:49:56 PM): i glad u r
daddysgrldc (1:50:01 PM): really
lkrnson1 (1:50:08 PM): it means you do care
daddysgrldc (1:50:12 PM): i do
lkrnson1 (1:50:15 PM): kewl
lkrnson1 (1:50:18 PM): i do too
daddysgrldc (1:50:22 PM): kewl
lkrnson1 (1:50:29 PM): im glad u r a virgin
lkrnson1 (1:50:42 PM): too many others out there
daddysgrldc (1:50:55 PM): i know  but like  alot of my freinds have  done  it  so it is kinna  embarrising
lkrnson1 (1:51:00 PM): no
lkrnson1 (1:51:05 PM): peer pressure
lkrnson1 (1:51:19 PM): u do what u want to do for you
daddysgrldc (1:51:32 PM): yeah  i guess
lkrnson1 (1:51:35 PM): you will kno when its right
daddysgrldc (1:51:55 PM): how will i know
lkrnson1 (1:51:58 PM): at least wait till i meet you
daddysgrldc (1:52:03 PM): lol
daddysgrldc (1:52:07 PM): i will
lkrnson1 (1:52:33 PM): u need to be treated gently and passionatly the first time
                                    Page 3
```

```
                              larry   chat   2.txt
daddysgrldc (1:52:46 PM): i know
daddysgrldc (1:52:57 PM): some boys  r  like  jerks
lkrnson1 (1:53:24 PM): even if its not me( 8->) i'd love to see under the
pands....;
daddysgrldc (1:53:29 PM): lol
lkrnson1 (1:53:30 PM): panda
daddysgrldc (1:53:31 PM): really
daddysgrldc (1:53:34 PM): kewl
daddysgrldc (1:53:42 PM): only  u thogh
lkrnson1 (1:53:43 PM): really
lkrnson1 (1:53:53 PM): u have no idea
daddysgrldc (1:54:04 PM): yeah
lkrnson1 (1:54:27 PM): i think we would have alot of fun
daddysgrldc (1:54:37 PM): it sounds  exciting
lkrnson1 (1:54:49 PM): yessss it doeeees
lkrnson1 (1:54:58 PM): now u have me studdering
lkrnson1 (1:55:00 PM): lol
daddysgrldc (1:55:01 PM): lool
daddysgrldc (1:55:06 PM): :D
lkrnson1 (1:55:17 PM): nvr had oral sex
lkrnson1 (1:56:04 PM): or dont go there
daddysgrldc (1:56:15 PM): ive like kissed a couple  boys   but thats it   one of my
friends  did  we  were like teasing  her   so funny   but  i would be afreaid  im
not doing it right
lkrnson1 (1:56:35 PM): there is no wrong way
daddysgrldc (1:56:39 PM): really
lkrnson1 (1:56:59 PM): i'd rather give than receive
daddysgrldc (1:57:19 PM): like  how   oh       lol  i think i get it
lkrnson1 (1:57:30 PM): lol
lkrnson1 (1:57:50 PM): nvr had it done too you?
lkrnson1 (1:57:58 PM): thats just wrong
daddysgrldc (1:58:02 PM): lol
daddysgrldc (1:58:22 PM): i know never  not even once    so embarrising:">
lkrnson1 (1:58:46 PM): no need to be embarrsed
lkrnson1 (1:58:52 PM): thats even mor hot\
daddysgrldc (1:58:57 PM): lol
daddysgrldc (1:58:58 PM): really
lkrnson1 (1:59:03 PM): u need to come first
lkrnson1 (1:59:17 PM): or have it done to you
daddysgrldc (1:59:23 PM): it does sound  exciting
lkrnson1 (1:59:32 PM): ohhhhh it is my dear
lkrnson1 (1:59:34 PM): it is
daddysgrldc (1:59:39 PM): really
lkrnson1 (1:59:49 PM): wish i could be the first
daddysgrldc (1:59:56 PM): me to
lkrnson1 (2:00:00 PM): ud be ruined for the other guys
daddysgrldc (2:00:08 PM): lol
daddysgrldc (2:00:10 PM): i would
lkrnson1 (2:00:30 PM): u'd be wobbling for a few hrs
daddysgrldc (2:00:36 PM): lol
lkrnson1 (2:00:41 PM): legs would.t be working right
daddysgrldc (2:00:44 PM): lol
lkrnson1 (2:01:18 PM): i think me and "the lil man in the Boat" need to see each
other
daddysgrldc (2:01:25 PM): lol
daddysgrldc (2:01:37 PM): i think we do
daddysgrldc (2:01:50 PM): but would  the sex like hurt
lkrnson1 (2:01:56 PM): i want so bad for you to be serious
lkrnson1 (2:02:02 PM): no
lkrnson1 (2:02:16 PM): will not hurt as long as you r ready
lkrnson1 (2:02:28 PM): and done correctly
daddysgrldc (2:02:41 PM): well look i am serious  i just  dont want to get in
trouble  like  u know  getting  pregnnant   and stuff
                                  Page 4
```

```
                                  larry  chat  2.txt
lkrnson1 (2:02:53 PM): just start with cuddling and petting... oral.
lkrnson1 (2:03:04 PM): dont need to fuck you the first time
daddysgrldc (2:03:13 PM): k kewl
lkrnson1 (2:03:20 PM): i dont wanna get in trouble edder
daddysgrldc (2:03:22 PM): like oral sex n stuff
daddysgrldc (2:03:23 PM): lol
lkrnson1 (2:03:28 PM): bubba wont be kind to me
daddysgrldc (2:03:31 PM): lol
lkrnson1 (2:03:54 PM): im game if u r
lkrnson1 (2:03:57 PM): no pressure
daddysgrldc (2:04:09 PM): i am like so  excited
lkrnson1 (2:04:12 PM): its your call
lkrnson1 (2:04:22 PM): no...u aint excited yet
daddysgrldc (2:04:28 PM): lol
daddysgrldc (2:04:37 PM): she leaves  in like 30 min
lkrnson1 (2:04:42 PM): bring a spare pair of panties
daddysgrldc (2:04:48 PM): lol
lkrnson1 (2:04:54 PM): ok
lkrnson1 (2:05:06 PM): u wanna call me or im me when she leaves...
lkrnson1 (2:05:15 PM): we can do this if u wan
lkrnson1 (2:05:26 PM): i scurred a shit tho    lol
daddysgrldc (2:05:43 PM): i will im  i dont want to call on her cell phone because
she is nosey
daddysgrldc (2:05:44 PM): lol
daddysgrldc (2:05:47 PM): u r
lkrnson1 (2:05:56 PM): yes im scurred
daddysgrldc (2:06:10 PM): lol  i should  be the nervous  one    lol
lkrnson1 (2:06:24 PM): i hope to put u at ease
daddysgrldc (2:06:31 PM): kewl
lkrnson1 (2:06:55 PM): wish i had  you here now
daddysgrldc (2:06:59 PM): me to
lkrnson1 (2:07:15 PM): can i ask the usual questions?
lkrnson1 (2:07:38 PM): u look like a...34c?
daddysgrldc (2:07:49 PM): close  a
daddysgrldc (2:07:51 PM): 34a
lkrnson1 (2:07:53 PM): or f  for firm
daddysgrldc (2:08:08 PM): sorry    there   kinna  small    lol
lkrnson1 (2:08:15 PM): bet youmhave alot of sexy tan lines too
lkrnson1 (2:08:21 PM): i like small
daddysgrldc (2:08:25 PM): kewl
lkrnson1 (2:08:30 PM): more than a mouthfull it's a waste
daddysgrldc (2:08:32 PM): yeah  i got  a good tan
daddysgrldc (2:08:36 PM): lol
lkrnson1 (2:08:39 PM): lov tan lines
daddysgrldc (2:08:59 PM): yep i have a nice tan  i think
lkrnson1 (2:09:06 PM): i bet
daddysgrldc (2:09:24 PM): hang  on one  min  brb   i think  she is  leaving let me
see what  she wants    k
lkrnson1 (2:09:30 PM): k
daddysgrldc (2:11:58 PM): k kewl
daddysgrldc (2:12:04 PM): she left
daddysgrldc (2:13:06 PM): u there
lkrnson1 (2:13:08 PM): <:-P
daddysgrldc (2:13:17 PM): :D
lkrnson1 (2:13:20 PM): just picked myself off the floor
daddysgrldc (2:13:23 PM): lol
daddysgrldc (2:13:32 PM): ur  funny larry
lkrnson1 (2:13:36 PM): thnx
daddysgrldc (2:13:48 PM): yep
lkrnson1 (2:14:00 PM): how long she gone for?
lkrnson1 (2:14:02 PM): hmmmmm?
daddysgrldc (2:14:06 PM): lol
daddysgrldc (2:14:16 PM): she usualy gets  home  like  12 or 1
                                        Page 5
```

```
                              larry chat 2.txt
daddysgrldc (2:14:33 PM): im finally free    lol
lkrnson1 (2:14:45 PM): =P~
daddysgrldc (2:14:49 PM): she gets on my nerves  sometimes
lkrnson1 (2:14:59 PM): she's suppose to
daddysgrldc (2:15:06 PM): yeah i guess
lkrnson1 (2:15:39 PM): a cute sexy grl like you has no boyfriend?
daddysgrldc (2:15:45 PM): lol
daddysgrldc (2:15:47 PM): nope
lkrnson1 (2:16:03 PM): we need to do sumtin about that
daddysgrldc (2:16:08 PM): lol
daddysgrldc (2:16:10 PM): e do
lkrnson1 (2:16:24 PM): what r u gonna be wearing?
lkrnson1 (2:16:32 PM): 8->
daddysgrldc (2:16:59 PM): well right now  im am  like wearing this  tan skirt  so cute lol     and  a t
lkrnson1 (2:17:12 PM): ohh really
daddysgrldc (2:17:16 PM): yeah
lkrnson1 (2:17:34 PM): if u r serious...
lkrnson1 (2:17:45 PM): i need to get in the shower real quick
daddysgrldc (2:17:49 PM): k
daddysgrldc (2:17:53 PM): kewl
lkrnson1 (2:17:59 PM): i can leave here by 3  be there by 4
daddysgrldc (2:18:14 PM): kewl let  me  give  u the address
daddysgrldc (2:18:17 PM): k
lkrnson1 (2:18:18 PM): but you ned to be sure...it's a long ride
daddysgrldc (2:18:22 PM): lol
daddysgrldc (2:18:24 PM): kewl
lkrnson1 (2:18:28 PM): ok
lkrnson1 (2:18:41 PM): im really looking foward to meeting you
daddysgrldc (2:18:54 PM): me to im like  so excited
daddysgrldc (2:19:01 PM): u have  a kewl car
lkrnson1 (2:19:08 PM): i wish
lkrnson1 (2:19:16 PM): just a lil white p/u
daddysgrldc (2:19:24 PM): p/u?
lkrnson1 (2:19:29 PM): pick up trk
daddysgrldc (2:19:32 PM): oh  lol
daddysgrldc (2:19:33 PM): kewl
lkrnson1 (2:19:53 PM): if your nice too me...maybe you can drive
daddysgrldc (2:20:08 PM): really please please   i wont  wreck
lkrnson1 (2:20:15 PM): sure
daddysgrldc (2:20:23 PM): kewl  i cant wait
lkrnson1 (2:20:42 PM): 1 question...2 requests
daddysgrldc (2:20:48 PM): k
lkrnson1 (2:21:04 PM): whats it look like  ummm  down there?
daddysgrldc (2:21:09 PM): lol
daddysgrldc (2:21:18 PM): like  my  u know  lol
lkrnson1 (2:21:25 PM): been a while since i've seen one   lol
daddysgrldc (2:21:29 PM): lol
lkrnson1 (2:21:30 PM): mmhmm
lkrnson1 (2:21:40 PM): ur pada baby
daddysgrldc (2:21:44 PM): well   i mean  i guess  just  like  other  ones   lol
lkrnson1 (2:21:49 PM): noooo
lkrnson1 (2:21:55 PM): they r allllll different
daddysgrldc (2:21:58 PM): lol
lkrnson1 (2:22:15 PM): hairy or not?
daddysgrldc (2:22:38 PM): well i have   just a lil   hair    so   embarrising   . late bloomer  i guess   lol
lkrnson1 (2:22:49 PM): hairy or not?
daddysgrldc (2:22:53 PM): a lil
lkrnson1 (2:22:59 PM): mmm you said bloomer
lkrnson1 (2:23:01 PM): i like that
daddysgrldc (2:23:02 PM): lol
daddysgrldc (2:23:32 PM): well  i better  get  in the shower  to then
                                    Page 6
```

larry chat 2.txt

```
lkrnson1 (2:23:36 PM): ok
lkrnson1 (2:23:38 PM): i will
daddysgrldc (2:23:41 PM): k
daddysgrldc (2:23:53 PM): did u get the address
lkrnson1 (2:23:53 PM): whats the add so i can mapquest it real quick
daddysgrldc (2:24:11 PM): 1317 adams street northeast dc
daddysgrldc (2:24:19 PM): hang on let me find the zip
lkrnson1 (2:24:23 PM): k
daddysgrldc (2:24:35 PM): okay here its 20018
lkrnson1 (2:25:05 PM): ok hang on
daddysgrldc (2:25:08 PM): k
lkrnson1 (2:26:25 PM): <:-P
daddysgrldc (2:26:30 PM): u see it
lkrnson1 (2:26:42 PM): yeppers
lkrnson1 (2:26:46 PM): ihr 16 min
daddysgrldc (2:26:49 PM): kewl
daddysgrldc (2:27:05 PM): what time should i be ready just beep and i will come out
lkrnson1 (2:27:07 PM): im getting clean...ill im u in 15 miun
daddysgrldc (2:27:12 PM): k
daddysgrldc (2:27:14 PM): kewl
lkrnson1 (2:27:22 PM): dont go nowhere
daddysgrldc (2:27:31 PM): k
daddysgrldc (2:27:34 PM): kewl
lkrnson1 (2:27:55 PM): :-SS
lkrnson1 (2:27:59 PM): brb
daddysgrldc (2:28:03 PM): k
daddysgrldc (2:28:07 PM): :D
lkrnson1 (2:39:02 PM): oookkk
lkrnson1 (2:39:04 PM): i'm out
daddysgrldc (2:39:14 PM): kewl
daddysgrldc (2:39:22 PM): im almost ready
lkrnson1 (2:39:36 PM): u r fine the way u r
daddysgrldc (2:39:47 PM): really ty
lkrnson1 (2:40:00 PM): 2 requests
daddysgrldc (2:40:04 PM): k
lkrnson1 (2:40:09 PM): meet ,me outside please
daddysgrldc (2:40:13 PM): k
daddysgrldc (2:40:15 PM): kewl
lkrnson1 (2:40:24 PM): and if by chance u change your mind at the last moment
lkrnson1 (2:40:28 PM): please call me
daddysgrldc (2:40:31 PM): lol
daddysgrldc (2:40:32 PM): k
daddysgrldc (2:40:45 PM): im not im excited about meeting u
lkrnson1 (2:40:50 PM): great
lkrnson1 (2:40:52 PM): mee to
daddysgrldc (2:40:53 PM): :)
lkrnson1 (2:41:00 PM): letme verify address
daddysgrldc (2:41:08 PM): kewl
lkrnson1 (2:41:24 PM): 1317 adams st ne  20018
daddysgrldc (2:41:32 PM): yeah
lkrnson1 (2:41:32 PM): house?
lkrnson1 (2:41:36 PM): apt?
daddysgrldc (2:41:55 PM): its like a small apartment   ill meet u outside though
daddysgrldc (2:42:52 PM): u there
lkrnson1 (2:44:22 PM): yes
lkrnson1 (2:44:29 PM): sry writing down directions
daddysgrldc (2:44:41 PM): k
daddysgrldc (2:44:43 PM): kewl
lkrnson1 (2:44:48 PM): ok i have a small white trk
lkrnson1 (2:44:59 PM): hope to be there by 4
daddysgrldc (2:45:18 PM): k kewl ill meet u in front :D
lkrnson1 (2:45:37 PM): ok...ill see u soon Amanda Poole
```

Page 7

```
                            larry chat 2.txt
daddysgrldc (2:45:55 PM): k see ya soon larry
lkrnson1 (2:46:07 PM): <:-P
```

# EXHIBIT B

☑ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore County
Located at 401 Bosley Ave. 21204 Case No. 03CR2511

**STATE OF MARYLAND** vs. Larry Poole
Charge(s): ① child abuse
Address:
City, State, Zip
Tracking No.

Convicted Count(s): ① child abuse
Sentence: 3 years suspended

(IF AVAILABLE, PLACE LABEL HERE.)

Part of Sentence Executed: ................/Suspended: ................
Credit for Time Served: ................

## PROBATION/SUPERVISION ORDER

☐ Probation before Judgment (Criminal Procedure Article § 6-220)
IS ORDERED THAT the above named Defendant:
☐ Be Unsupervised
☑ Be Supervised by: ☑ Parole & Probation ☐ Alternative Community Service................☐ Human Resources
☐ Treatment Against Street Crimes ☐ Drinking Driving Monitor Program ☐ Department of Labor, Licensing & Regulation
Length of Probation: 3 mo/**yr(s)**
Probation begins 1-22-04 for a period of 3 mo/**yr(s)**
Your first appointment with the Supervising Agency is 1-22-04 and the place to report is 17 West Pennsylvania Ave. 21204 Your failure to report could result in your arrest.
A. Standard Conditions: ☑ All Standard Conditions ☐ All Standard Conditions except Nos. ................
  1. Report as directed and follow your Supervising Agent's lawful instructions.
  2. Work and/or attend school regularly as directed.
  3. Get permission from your Supervising Agent before: changing your home address, changing your job, leaving the State of Maryland, owning, possessing, using or having under your control any dangerous weapon or firearm of any description.
  4. Obey all laws and incur no jailable traffic offenses.
  5. Notify your Supervising Agent at once if charged with a criminal offense, including jailable traffic offenses.
  6. Permit your Supervising Agent to visit your home announced and/or unannounced.
  7. Do not illegally possess, use, or sell any narcotic drug, controlled substance, counterfeit substance, or related paraphernalia.
  8. Appear in court when notified to do so.
  9. Pay all fines, costs, restitution, and fees as ordered by the Court.
     ☐ Fine(s) of $................ paid through ☐ Parole and Probation or ☐ Clerk's Office or ☐ Sheriff's Office
     ☐ Court Costs of $................ paid through ☐ Parole and Probation or ☐ Clerk's Office
     ☐ Supervision fee of $25/month paid through Parole and Probation. ☑ Supervision fee waived
     ☐ Restitution of $................ to ................ paid through
        ☐ Parole and Probation or ☐ Clerk's Office by................(Date)
     ☐ Public Defender fees of $................ to the Office of the Public Defender for counsel fees.
     ☐ Pay the following fees through Parole and Probation or ................
        ☐ Victims of Crime Fund $ ................
        ☐ CICF Costs $................
        ☐ LET Costs $................
        ☐ Other Costs (Specify) $................
B. Special Conditions:
  10. ☐ Submit to and successfully complete alcohol and/or drug evaluation, testing, and treatment as directed by your Supervising Agent and pay all required costs.
  11. ☐ Enroll in and pay all required costs for drug and/or alcohol program and successfully complete treatment as directed by your Supervising Agent.
  12. ☐ Attend ........ self-help group meetings per week for ................ weeks. ☐ Attendance may be modified after ........ weeks.
  13. ☐ Attend and successfully complete Motor Vehicle Administration Alcohol Education Program (Social Drinker).

CC-DC 26 (Rev. 10/2002) Page 1 of 2

Case No. 03CR2511

STATE OF MARYLAND                       vs. Larry Poole
                                            Defendant

14. ☐ Totally abstain from alcohol, illegal substances and abusive use of any prescription drug.
15. ☐ Obtain alcohol restriction on driver's license within 10 days of trial date for.................year(s)/month(s).
16. ☐ Refrain from driving and/or attempting to drive after consuming alcohol.
17. ☐ Attend Victim Impact Panel meetings when notified.
18. ☐ Attend and successfully complete MVA Driver Improvement Program.
19. ☐ Have Ignition Interlock installed for................months and pay costs.  ☐ Employment vehicle exempted.
20. ☐ Submit to evaluation and attend and successfully complete mental health treatment as directed by your Supervising Agent.
21. ☐ Attend and successfully complete Special Health Education Program - Project SASOE.
22. ☐ Attend and successfully complete Parenting class as required.
23. ☐ Complete.................hours of community service by.........................(Date), under the direction of.........................and pay fees of.........................
24. ☐ Attend and successfully complete Domestic Violence Counseling at.........................,
    by.........................(Date) and pay required costs.
25. ☒ Have no contact with ...any victims, w/ daughter only w/ DSS appr(v)
26. ☐ Do not enter or be found near.........................
27. ☐ Home confinement/detention to .........................for..........months with special conditions.
28. ☐ Authorize/Recommend transfer supervision to.........................County/City, State of Maryland.
29. ☐ Recommendation that supervision be transferred to .........................State under the Interstate Compact.
30. ☒ Register with the designated law enforcement agency as a sexual offender as directed under the provisions of Criminal Procedure Article, Title 11, Subtitle 7:
    ☒ (1) A child sexual offender;
    ☐ (2) An offender;
    ☐ (3) A sexually violent offender;
    ☐ (4) A sexually violent predator;
    ☐ (5) A child sexual offender who, before moving into this State, was required to register in another State;
    ☐ (6) An offender, sexually violent offender, or sexually violent predator who, before moving into this State, was required to register in another State;
    ☐ (7) A child sexual offender, offender, sexually violent offender, or sexually violent predator who is required to register in another State, who is not a resident of this State, and who enters this State:
       (i) To carry on employment or a vocation that is full-time or part-time for a period exceeding 14 days or for an aggregate period exceeding 30 days during a calendar year, whether financially compensated, volunteered, or for the purpose of government or educational benefit; or
       (ii) To attend a public or private educational institution, including a secondary school, trade or professional institution, or institution of higher education, as a full-time or part-time student.
31. ☐ Submit to and pay for random urinalysis as directed by Supervising Agent.
32. ☐ Provide DNA sample as required by law.
33. ☒ Other: Continue w/ counselling

Judge: _____                          Date: 1.22.04

**CONSENT**

I have read, or have had read to me, the above conditions of probation. I understand these conditions and agree to follow them. I understand that if I do not follow these conditions, I could be returned to Court charged with a violation of probation.
☐ If I fail to abide by the above conditions, the Court could enter judgment against me and proceed with disposition as if I had not been placed under probation. I have been notified and understand that by consenting to and receiving a stay of judgment under Criminal Procedure Article, § 6-220, I waive my right to appeal from a judgment of guilt by the Court in this case.

Witness: BK Feldman                Date: 1.22.04    Defendant: _____

CC-DC 26 (Rev. 10/2002)                          Page 2 of 2